**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br>Plaintiff,<br>v.<br>DEPARTMENT OF JUSTICE,<br>Defendant. | No. 16-cv-704 (RC) |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of the undersigned as additional counsel for the plaintiff.

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, DC 20008
Tel. (202) 457-0800
Fax (202) 457-0805
artspitzer@aclu-nca.org

April 25, 2016