IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 16-cv-00704 (RC) |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff intends to file an application for attorney's fees and costs no later than December 21, 2016.

Dated: November 21, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Amy E. Powell*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20530
Tel: (202) 514-9836
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*

   */s/ David L. Sobel*
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W., Suite 640
Washington, DC 20015
(202) 246-6180

CARL TAKEI, D.C. Bar No. 987672
AMERICAN CIVIL LIBERTIES UNION
 NATIONAL PRISON PROJECT
915 15th Street, N.W., 7th Floor
Washington, DC 20005
(202) 393-4930

ARTHUR B. SPITZER, D.C. Bar No. 235960
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
(202) 457-0800

*Counsel for Plaintiff*

2