IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-cv-00704 (RC) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANT'S OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, plaintiff American Civil Liberties Union, through its undersigned counsel, hereby accepts and provides notice that it has accepted defendant's Offer of Judgment to plaintiff dated December 6, 2016, attached hereto as Exhibit A.

Dated: December 8, 2016          Respectfully submitted,


  */s/ David L. Sobel*
  DAVID L. SOBEL, D.C. Bar No. 360418
  5335 Wisconsin Avenue, N.W.
  Suite 640
  Washington, DC 20015
  (202) 246-6180

  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have served the foregoing Notice of Acceptance of Offer of Judgment on opposing counsel by filing it with the Court's ECF system.

                        */s/  David L. Sobel*

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 16-cv-00704 (RC) |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) ) |

## OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, defendants hereby offer to allow judgment to be taken against them for $4,000 in full resolution of Plaintiffs' remaining claims for attorney fees and litigation costs, including fees on fees.

Dated: December 6, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Amy E. Powell*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20530
Tel: (202) 514-9836
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*